```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| BEBE STUDIO, INC., et al.,<br><br>    Plaintiffs<br><br>    v.<br><br>ZAKKOS, et al.,<br><br>    Defendants | CIVIL NO. 08-1462 (JP) |

**PARTIAL JUDGMENT**

The parties hereto have informed the Court that they have settled all claims against Defendants Nara Morris-Risa and Modesto Montolio d/b/a Naara, José García-Oyole d/b/a Mary & Joe Fantasy, Lidyo Corniell-Matos d/b/a Yolman Imports, and Edith Rodríguez d/b/a Eleganzza Imports a/k/a Elegancia Imports (hereinafter, the "Select Defendants").  Pursuant thereto, the Court has entered a separate Permanent Injunction and Order, which has incorporated the settlement terms between Plaintiffs and each of the four Select Defendants.

Accordingly, subject to the settlement agreement subscribed to by each of the four Select Defendants, the Court **ENTERS JUDGMENT FOR PLAINTIFFS AND AGAINST THE SELECT DEFENDANTS** as follows:

- A.   Judgment is entered for Plaintiffs and against Defendant José García-Oyole d/b/a Mary & Joe Fantasy for $90,000.00;
- B.   Judgment is entered for Plaintiffs and against Defendant Nara Morris-Risa and Modesto Montolio d/b/a Naara for $90,000.00;

CIVIL NO. 08-1462 (JP)          -2-

    C.    Judgment is entered for Plaintiffs and against Defendant Edith Rodríguez d/b/a Eleganzza Imports a/k/a Elegancia Imports for $75,000.00; and

    D.    Judgment is entered for Plaintiffs and against Defendant Lidyo Corniell-Matos d/b/a Yolman Imports for $100,000.00.

The Court **DISMISSES WITH PREJUDICE** the Complaint and all claims alleged therein against the Select Defendants. This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of July, 2008.

                                  s/Jaime Pieras, Jr.
                                     JAIME PIERAS, JR.
                            U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**


      s/Michael W.O. Holihan
-----------------------------------
MICHAEL W.O. HOLIHAN, ESQ.
Attorney for Plaintiffs


      s/Luz Ríos-Rosario
-----------------------------------
LUZ RIOS-ROSARIO, ESQ.
Attorney for Defendants Naara, Yolman Imports, and Elegancia Imports


      s/Lydia Ramos
-----------------------------------
LYDIA RAMOS, ESQ.
Attorney for Defendant Mary & Joe Fantasy