IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BEBE STUDIO, INC., et al.,<br><br>　　　　Plaintiffs<br><br>　　　　　v.<br><br>ZAKKOS, et al.,<br><br>　　　　Defendants | CIVIL NO. 08-1462 (JP) |

**PARTIAL JUDGMENT**

The parties hereto have informed the Court that they have settled all claims against Defendants AJ Import, Naiomy's Accessories, and Perfumería Mi Preferida (hereinafter, the "Select Defendants III"). Pursuant thereto, the Court has entered a separate Permanent Injunction and Order (No. 116), which has incorporated the settlement terms between Plaintiffs and each of the three Select Defendants III.

Accordingly, subject to the Settlement Agreements subscribed to by each of the three Select Defendants III, the Court **ENTERS JUDGMENT FOR PLAINTIFFS AND AGAINST THE SELECT DEFENDANTS III** as follows:

　　A.　Judgment is entered for Plaintiffs and against Defendant AJ Import for $60,000.00;

　　B.　Judgment is entered for Plaintiffs and against Defendant Naiomy's Accessories for $19,500.00; and

CIVIL NO. 08-1462 (JP)           -2-

    C.   Judgment is entered for Plaintiffs and against Defendant Perfumería Mi Preferida for $10,000.00.

The Court **DISMISSES WITH PREJUDICE** the Complaint and all claims alleged therein against the Select Defendants III. This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of September, 2008.

                                  s/Jaime Pieras, Jr.
                                    JAIME PIERAS, JR.
                           U.S. SENIOR DISTRICT JUDGE