IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BEBE STUDIO, INC., et al., <br><br>  Plaintiffs <br><br>  v. <br><br> ZAKKOS, et al., <br><br>  Defendants | CIVIL NO. 08-1462 (JP) |

**PARTIAL JUDGMENT**

The parties hereto have informed the Court that Plaintiffs have settled all claims against Defendant Mundo de los Relojes. Pursuant thereto, the Court has entered a separate Permanent Injunction and Order, which incorporates the settlement terms between Plaintiffs and Defendant Mundo de los Relojes.

Accordingly, subject to the Settlement Agreement subscribed to by Defendant Mundo de los Relojes, the Court **ENTERS JUDGMENT FOR PLAINTIFFS TO HAVE AND RECOVER $9,000.00 FROM DEFENDANT MUNDO DE LOS RELOJES.**

The Court **DISMISSES WITH PREJUDICE** the complaint and all claims alleged therein against Defendant Mundo de los Relojes. This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of May, 2009.

s/Jaime Pieras, Jr.
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE