```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| BEBE STUDIO, INC., et al.,<br><br>          Plaintiffs<br><br>             v.<br><br>ZAKKOS, et al.,<br><br>          Defendants | CIVIL NO. 08-1462 (JP) |

### **PARTIAL JUDGMENT**

The parties hereto have informed the Court that Plaintiffs have settled all claims against Defendant Manuel Farinacci-Morales d/b/a Farinacci Import ("Farinacci"). Pursuant thereto, the Court has entered a separate Permanent Injunction and Order, which incorporates the settlement terms between Plaintiffs and Defendant Farinacci.

Accordingly, subject to the Settlement Agreement subscribed to by Defendant Farinacci, the Court **ENTERS JUDGMENT FOR PLAINTIFFS TO HAVE AND RECOVER $30,000.00 FROM DEFENDANT FARINACCI.**

The Court **DISMISSES WITH PREJUDICE** the complaint and all claims alleged therein against Defendant Farinacci. This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of May, 2009.

```
                                       s/Jaime Pieras, Jr.
                                       JAIME PIERAS, JR.
                                    U.S. SENIOR DISTRICT JUDGE
```