IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BEBE STUDIO, INC., et al.,<br><br>    Plaintiffs<br><br>         v.<br><br>ZAKKOS, et al.,<br><br>    Defendants | CIVIL NO. 08-1462 (JP) |

**PARTIAL JUDGMENT**

   For the reasons stated in its Opinion and Order entered this same date, the Court **ENTERS JUDGMENT FOR PLAINTIFFS TO HAVE AND RECOVER** the amounts listed in Appendix A to this Judgment from the following Defendants: Hector Figueroa Khury d/b/a Zakkos Al Por Mayor, Juan C. Méndez Torres and Pedro Dumont d/b/a D & R Passion, Explosion Leather, Ibrahim Mahmud and Nabil Mahmud Suleiman d/b/a Quick Model, Mahmoud J. Yacoub d/b/a Thamina, Mohamed Hussein Mahmud d/b/a Tienda Basha, Distribuidora Nacional Boricua, China Town Fashion, Lelis Santos Valenzuela d/b/a L.S. Fragrance, Muhamed Suleiman a/k/a Muhammed Suleiman d/b/a Stop & Shop, Fidel Amengual Estrella d/b/a Yamiled Imports, Marcelino Silvestre d/b/a Silvestre Imports, Teresa de Jesus d/b/a TJD, Jorge Velazquez and Nayda E. Colón Escalanto d/b/a Nayda's Imports, Maria Nuñez d/b/a Mara's Imports & Accessories, Inc., Antonio Camacho Rivera d/b/a El Mundo

CIVIL NO. 08-1462 (JP)            -2-

De La Moda, Juan Carlos Centeno Marcano d/b/a K-Che Moda, Wanda Rivera Ortiz d/b/a Fantasy Outlet, Inc., Ivette Rivera Rivera d/b/a Ivette Hand Bags and Accessories a/k/a RN Distributors, Carmen I. Quiñoneo Velazquez d/b/a I.Q. Design, Inc., Rubén Vidal d/b/a In Style, JM Distributors, Percio Melo Perez and Marta Iris Rivera Sanches d/b/a Bellezas Jancymar, Hector Cortes Cruz d/b/a Nigear, K-Si Detail, Jonathan Martinez Flores d/b/a Bethel Outlet, Vilma Monge d/b/a Noelia, Luis A. Cortez Rivera d/b/a LAC Imports, K-Libre, Angela Prin Carmona d/b/a Gilprin Handbag, Soleil, Perfumería Elegancia, Manuel Farinacci Morales d/b/a Farinacci Import, Glorimar Albino Desioner d/b/a New Collections, Carlos M. Rivera Melendez d/b/a Charlaine Imports, Cheidy Soto Hernández d/b/a Victoria's Fashion, and Annabelle Perez Casablanca d/b/a The New Concept. This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of December, 2009.

                                     S/ Jaime Pieras, Jr.
                                      JAIME PIERAS, JR.
                                U.S. SENIOR DISTRICT JUDGE